**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:25-cv-00005-SKC-STV

ARTURO BURGUENO,

Plaintiff,

v.

ALTERRA MOUNTAIN COMPANY U.S. INC.;
INTRAWEST/WINTER PARK OPERATIONS CORPORATION; and
EMILY FRAME,

Defendants.

---

**JOINT MOTION TO AMENDED PROTECTIVE ORDER**

---

The Parties, Plaintiff Arturo Burgueno and Defendants Alterra Mountain Company U.S. Inc., Intrawest/Winter Park Operations Corporation, and Emily Frame, by and through their undersigned counsel of record, hereby submit this Joint Motion to Amended Protective Order, the proposed order of which is attached hereto as Exhibit A.

**MOTION**

1. The parties jointly moved for a protective order for confidential information, [Doc. 36], which the Court granted. [Doc. 39.]

2. Since the protective order has been put in place, an issue has arisen that paragraph 2 of the protective order was arguably limited to documents produced by the parties. [*See* Doc. 39 ¶ 2.] There may be confidential information subject to the protective order that is produced by non-parties, such as in response to a Rule 45 subpoena. As such, the parties wish to amend the protective order to make it clear that such information would fall within the protective order.

3. The proposed Amended Protective Order to this motion revises paragraph 2 to make this clear. Otherwise, other than adding the word "Amended," the Amended Protective Order is the same as the one previously approved by the Court.

4. The decision to issue a protective order rests within the sound discretion of the trial court. *Netquote, Inc. v. Byrd,* No. CIV.A. 07-CV-00630DM, 2007 WL 2438947, at *1 (D. Colo. Aug. 23, 2007) (citing *Wang v. Hsu*, 919 F.2d 130, 130 (10th Cir. 1990)). Protective orders are frequently granted to protect parties' proprietary, trade secret, or other confidential information. *See*, *e.g.*, *A Major Difference, Inc. v. Wellspring Products, LLC*, 243 F.R.D. 415, 417-18 (D. Colo. 2006).

5. Good cause exists for entry of the proposed Amended Protective Order, and the proposed Amended Protective Order will provide an efficient mechanism to facilitate the exchange of information and documents while protecting the confidential nature of such material.

WHEREFORE, the parties respectfully requests that the Court enter the proposed Amended Protective Order attached hereto as Exhibit A as an Order of this Court.

Respectfully submitted this 12th day of June, 2026.

**BLOCH ONGERT, LLC**

/s/ *Trenton J. Ongert*
Joseph D. Bloch, #16783
Trenton J. Ongert, #36602
*Attorneys for Plaintiff*

**CHILDS MCCUNE MICHALEK LLC**

/s/ *Jordan L. Lipp*
Jordan L. Lipp, #34672
Daniel L. Mauk, #45099
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2026, a true and correct copy of **JOINT MOTION FOR AMENDED PROTECTIVE ORDER** was filed electronically with the Clerk of Court to the ECF system, with service upon the following:

Joseph D. Bloch
Trenton J. Ongert
Bloch Ongert, LLC
1725 Gaylord Street
Denver, CO 80206
jbloch@blochchapleau.com
tongert@blochchapleau.com

*Attorneys for Plaintiff*

*s/ Becky Pryor*
Becky Pryor