# EXPERT WITNESS REPORT OF JEFF INOUYE

*Burgueno v. Winter Park Resort/Intrawest and Emily Frame*

*Date of Incident: March 17, 2023*

*Location of Incident: Winter Park Resort, Explorer Chair Lift*

**Introduction**

I was retained by Jordan Lipp of Childs McCune Michalek, LLC to investigate the incident where adaptive sit-skier Arthur Burgueno fell from a lift at Winter Park Resort on March 17, 2023. This report sets forth my findings and conclusions reached based upon my investigation, site visits, my extensive experience, and review of the information provided to me. I reserve the right to amend this report as necessary if new information becomes available.

**Qualifications**

I have been involved in the adaptive ski industry for over 30 years. I was the Adaptive Ski Program Assistant Director for 18 years and the Program Director for 8 years at the Breckenridge Outdoor Education Center (BOEC). The BOEC is recognized as a national leader in developing safety protocols and procedures for adaptive ski programs. During that time, I conducted yearly training on adaptive ski equipment lift procedures for the lift operations departments at Summit County ski resorts which are Breckenridge Ski Resort, Keystone Resort, Copper Mountain Resort, and Arapahoe Basin. I also did trainings for the ski patrol at those resorts, as well as National Ski Patrol, regarding adaptive ski equipment lift evacuation procedures and outdoor emergency care for adaptive skiers. I have been a member of the ASC ANSI B-77 committee for aerial tramways for 6 years, specializing in ADA accessibility and accommodations. I am also a member of RESNA helping to develop standards for assistive technology on adaptive sports equipment.

**List of Materials Reviewed for this Investigation**

- Winter Park Employee Incident Reports as well as Witness Statements for the incident
- Photographs and Diagrams relating to the incidents and the Explorer Chair Lift
- Colorado Passenger Tramway Safety Board Incident Report
- Winter Park Resort Lift Operations employee manual
- National Sports Center for the Disabled training manual
- Depositions of plaintiff Arturo Burgueno and his son Arturo Burgueno Jr.
- Deposition of Winter Park Resort employee Emily Frame

- Deposition of Brooks Beal from the Colorado Tramway Board
- Deposition of Yanett Burgueno
- Deposition of Mary Kalendovsky
- Deposition of Kai May
- Deposition of Patrick Kelley
- Deposition of Ethan Haney
- Deposition of Sarah Will
- Expert Witness report and supplemental report of Patrick Kelley
- Expert Witness report and supplemental report of Sarah Will
- Diagrams provided by witnesses
- Review ANSI B-77 handbook of safety requirements for aerial tramways
- Alterra Mountain Company responses to Plaintiff's First Set of Written Discovery Requests
- Winter Park Resort responses to Plaintiff's First Set of Written Discovery Requests
- Emily Frame responses to Plaintiff's First Set of Written Discovery Requests
- Plaintiff's responses to Defendants First Set of Written Discovery
- Defendants Initial Disclosures as well as 2nd – 7th supplemental disclosures
- Plaintiff's Complaint and Jury Demand
- Defendant's answer to Plaintiff's Complaint and Jury Demand

**Observations**

1. Communication by the adaptive skier to the lift attendants is key to having safe and smooth loading of chairlifts. In general, if there are any issues during the loading procedure, the adaptive skier should ask for an immediate STOP of the chairlift to address any problems. Mr. Burgueno had the time after he had loaded to have asked for a STOP immediately before leaving the bottom load station if he felt he was not seated properly. Regarding the complaint about where Mr. Burgueno was instructed to load the lift, if he was uncomfortable with that then he should have said something and he did not.
2. It was written that Mr. Burgueno had misloaded on the prior load attempt before the incident and went into the infield of the bottom station. On the load where the incident occurred, if he really was not seated properly, he had the option to ski into the infield again to avoid continuing up the lift in an unsafe position and risking further injury.
3. There are many ways that an adaptive sit-skier can support or attach himself to the chairlift after loading it to avoid a potential fall from the lift.

- Hold on to the backrest of the chairlift with one or both arms:






- Holding backrest and side handle:



**EXHIBIT D**

- Lower restraint bar:



- Retention strap around the backrest (assisted by companion to attach):





**EXHIBIT D**

- Retention strap attached to side handle:





- Combination of lowering restraint bar and retention strap attached to the backrest or side handle:



*Please note that I am the sit-skier in these photos from 4/26/25, these are taken on the Explorer Chairlift, and I am using a Nissin Torino mono-ski. I am approximately the same height as Mr. Burgueno. All of the preceding actions shown above were simple and straightforward to perform, such as putting my arm around the backrest and lowering the restraint bar with a fully loaded chair.

**Observations from Site Visits on 4/26/25 and 4/8/26**

1. These are some comments regarding Mr. Burgueno loading the lift with 3 other people. Firstly, I believe that if he was concerned about that, he would have noticed the other skiers waiting next to his son and would have had ample time, after loading where he did, to ask the lift attendant for a stop and communicate that he was not comfortable riding a quad chair with 3 other skiers. The lift attendant could have stopped the lift again and moved one or both skiers away from the load area. The 2 other skiers, not including Mr. Burgueno's son, would not have arrived at the "load here" plate in the snow at the last second. There are many independent mono-skiers that are comfortable with riding on a full chair. I don't believe that the lift attendants should assume that a sit-skier wants or doesn't want to ride on a full chair. It is the responsibility of the sit-skier to communicate with the lift attendants on what they are comfortable with. Having many advanced independent sit-skiers with the NSCD race program at Winter Park, it is likely that there are many sit-skiers that are fine with loading a quad chair with 3 other skiers. If Mr. Burgueno was not sitting on the chair properly and positioned at an angle, there likely would not be room or it would be difficult to fit the other 3 skiers on the chair.

   **Full Quad Chair:**

   

2. During the site visit on 4/8/26, I loaded the Explorer Lift using the Nissin Torino mono-ski that Mr. Burgueno was using. His mono-ski was damaged by the fall from the chairlift which made it harder for me to maneuver and load. I loaded in the locked "load position" of the mono-ski, which was the position that Mr. Burgueno

was in as he stated in his deposition.  I also loaded in the same area on the load platform as he did.  When the Nissin mono-ski is in the locked “load position”, the seating surface of the mono-ski is very tall and at an angle.  Since it is locked in this position, the mono-ski will not be in a proper seated position on the chair until the bottom of the ski clears the loading platform.  Therefore, from an observer’s perspective, it may not appear that the mono-ski is seated properly.  The back of the seat is unable to contact the backrest of the chair.  This likely explains why a witness to the incident made statements that from a distance, Mr. Burgueno appeared to not be seated all the way back on the chairlift.

This is a common occurrence for many types of mono-skis that have a locked “load position” built into the ski.  When I loaded the lift in this position I had to hold on to the backrest tightly to avoid being pushed off the seat before I cleared the loading platform.  The ski of my mono-ski was dragging on the surface of the load platform as the lift turned around the bull wheel but did not create enough friction to pull me off the chair or move the mono-ski into an awkward position.  I tested this at the Explorer Lift during my site visit on 4/26/25 loading a Nissin Torino mono-ski without being locked in the “load position” going around a portion of the bull wheel and had no issues.

The “load position” on a mono-ski makes it easier to load a lift by raising the seating surface up so the skier does not have to lift as high to load, especially if they have strength or balance issues relating to their disability.  When this type of scenario presents itself, it can be an uncomfortable position, but it is the sacrifice that some skiers want or need to make for the mono-ski to be higher and easier to load.  Many skiers that use this type of mono-ski may not use the “load position” in this type of scenario or they might release the load lever to enable the ski to separate into load position but not lock itself.  This allows the mono-ski frame to compress a little after you load the chair enabling the seat to be positioned better on the chairlift.  Here are some pictures to help illustrate these points.



**EXHIBIT D**






**EXHIBIT D**

3. There were comments in some of the plaintiff expert witness documents/depositions that said that sit-skiers never have to change direction while in contact with the snow when riding a chairlift. The Peak 8 Superconnect at Breckenridge Ski Resort as well as the Wild Spur Chairlift at Winter Park, both have mid-station loading areas that turn around the bull wheel up to 90 degrees while the rider's skis are contacting the snow. Many independent mono-skiers use these types of chairlifts on a regular basis.
4. In Mr. Burgueno's deposition, he stated that he had driven overnight from Texas and then went skiing that morning. There likely were some fatigue and altitude issues impacting his ability to load the chairlift. It takes strength and coordination to load the chairlift in a mono-ski. Before my site visit on 4/8/26, I had driven 12 hours and got home after midnight and had to drive to Winter Park from Breckenridge early the next morning. I was somewhat tired and fatigued and as a result, I struggled a little bit to load the chairlift in a mono-ski.
5. Because of the way that the Nissin Torino mono-ski is designed, it has more weight towards the front (foot bucket) of the ski. When seated on the chairlift, it can feel like the mono-ski wants to tip forward. This feeling is amplified if the skier is taller or is a skier that is ambulatory or has more muscle mass(weight) in his legs, like Mr. Burgueno. Mr. Burgueno could have adjusted the position of his seat and foot bucket to move his center of mass more towards the tail of the ski. He could also adjust where the frame is positioned over the foot of the mono-ski to shift his center of mass towards the tail as well.
6. It is important for adaptive skiers to have a snug fit in the seat of their mono-ski to be able to ski properly. The fit of the seat is often compared to how the alpine ski boots of a stand-up skier are supposed to fit. This enables the skier and the mono-ski to move together as one unit. Because of this snug fit, the skier would notice whether he was seated properly or not on a chairlift.
7. In my 30 plus years of teaching, I have taught many mono-skiers to become independent skiers, enabling them to ski without an instructor and purchase their own mono-ski. When discussing the procedure of loading a chairlift, an extremely important thing is to communicate with the lift attendants about what type of help you need, or don't need, when you load the chair. Clear communication is crucial to help with the safety of themselves as well as other guests using the chairlift. I stress the importance of the mono-skier getting their attention and initiating the conversation for their comfort and safety, and also because the lift attendants are often very busy and may not immediately notice them approaching the loading area. During my training for lift attendants, I tell them not to assume anything when it comes to how independent sit-skiers, and all disabled skiers, load the chairlift. Providing assistance without communicating to the skier, such as slowing the lift or providing a "pull-back", can agitate or even hinder the skier loading the chair. For example, they should not assume a disabled skier can't ride on a full chair. Further, the BOEC does not share its staff manual with ski resorts, and they don't share their manuals with the BOEC.

## SUMMARY

As a result of my site visits and review of the documents pertaining to this unfortunate incident, the lift attendant acted properly and there were no apparent ANSI-B77 violations by Winter Park Resort regarding this situation. Mr. Burgueno should have communicated any needs and/or concerns about loading the chairlift. If Mr. Burgueno had any issues during the loading process, he should have told the lift attendant immediately or ski into the infield again. He had many options to secure or partially secure himself in the chair after it was in the air, but he chose not to do so.

**Jeff Inouye**

**4/27/26**

**EXHIBIT D**