**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:25-cv-00005-SKC-STV

ARTURO BURGUENO,

Plaintiff,

v.

ALTERRA MOUNTAIN COMPANY U.S. INC.;
INTRAWEST/WINTER PARK OPERATIONS CORPORATION; and
EMILY FRAME,

Defendants.

---

**PLAINTIFF'S RESPONSES TO DEFENDANT WINTER PARK'S FIRST SET OF WRITTEN DISCOVERY TO PLAINTIFF**

---

Plaintiff, Arturo Burgueno, by and through his counsel of record, Joseph D. Bloch and Trenton J. Ongert of Bloch Ongert, LLC, hereby submits Plaintiff's Responses to Defendant Winter Park's First Set of Written Discovery to Plaintiff as follows:

**RESPONSES TO INTERROGATORIES**

**INTERROGATORY NO. 1:** In full and complete detail, describe the Incident that forms the basis of this Lawsuit. In so doing, state everything You saw, heard, or felt immediately prior to the Incident, during the time of its occurrence, and thereafter, until You arrived at the hospital.

**RESPONSE: OBJECTION. This Interrogatory is vague, ambiguous, overbroad, and requests irrelevant information with respect to the phrase "state everything You saw, heard,**



EXHIBIT P

**REQUEST FOR ADMISSION NO. 5:** Admit that on Your second attempt to use the Explorer Express with the sit-ski, Ms. Frame did not start the chair until You confirmed You were ready.

**RESPONSE: Deny.**

**REQUEST FOR ADMISSION NO. 6:** Admit that You were loaded from a full stop prior to the Incident.

**RESPONSE: Admit.**

**REQUEST FOR ADMISSION NO. 7:** Admit that neither You nor Your son alerted Ms. Frame, or anyone else, that anything was amiss during Your second attempt to use the Explorer Lift.

**RESPONSE: Admit as to Plaintiff.**

**REQUEST FOR ADMISSION NO. 8:** Admit that the Defendants in this lawsuit were not at fault for the Incident.

**RESPONSE: Deny.**

**REQUEST FOR ADMISSION NO. 9:** Admit that You did not lower the restraint bar prior to the Incident.

**RESPONSE: Admit. Plaintiff's adaptive ski equipment prevents him from lowering the bar.**



EXHIBIT P

Respectfully submitted this 21st day of April, 2025.

**BLOCH ONGERT, LLC**

*/s/ Trenton J. Ongert*
Joseph D. Bloch, #16783
Trenton J. Ongert, #36602
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of April, 2025, a true and correct copy of **PLAINTIFF'S RESPONSES TO DEFENDANT WINTER PARK'S FIRST SET OF WRITTEN DISCOVERY TO PLAINTIFF** was served electronically upon the following via e-mail:

Jordan L. Lipp, #34672
Dan Mauk, #45099
Childs McCune, LLC
821 17th St., #500
Denver, CO 80202
Phone: (303) 296-7300
*Attorneys for Defendants*

*/s/ Kaycee E. Ort*
Kaycee E. Ort, Paralegal



EXHIBIT P

**VERIFICATION**

I, Arturo Burgueno Payan, being duly sworn, state that my responses to the interrogatories above are true to the best of my knowledge and belief based upon the information that is presently available to me.

Arturo Burgueno Payan

STATE OF TEXAS )
) ss.
COUNTY OF Bexar )

The foregoing was acknowledged, subscribed and sworn to before me on this 21 day of April, 2025, by Arturo Burgueno Payan.

My commission expires: August 22, 2028

(SEAL)

ALEXANDRO JAVIER LONGORIA
Notary Public, State of Texas
Comm. Expires 08/22/2028
Notary ID 130789217

Notary Public



EXHIBIT P